Frank R. Chapman
Thomas R. Smith
CHAPMAN VALDEZ
PO Box 2710
Casper, Wyoming 82602
(307) 237-1983
(307) 577-1871 (fax)
ATTORNEYS FOR DEFENDANT

# In The District Court

# For the District of Wyoming

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 07-CR-32-B |
| | ) | |
| NATHANIEL SOLON | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S MOTION TO DISMISS

COMES NOW Defendant, Nathaniel Solon, by and through his undersigned counsel, and hereby moves the Court to dismiss the indictment against him based upon denial of due process under the standards of *California v. Trombetta*, 467 U.S. 479 (1984). Pursuant to L.Cr.R. 47.1 a brief with supporting affidavits is filed concurrently with this Motion.

Defendant respectfully requests oral argument regarding this motion.

**DATED** this ___ day of April, 2007.

By: _____
Frank R. Chapman
Thomas R. Smith
CHAPMAN VALDEZ at
BEECH STREET LAW OFFICE
PO Box 2710

                                              Casper, Wyoming 82602
                                              (307) 237-1983
                                              (307) 577-1871 (fax)
                                              ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing document was served this _____day of April, 2007, by U.S. Mail, addressed to:

Jim Anderson
U.S. Attorney=s Office
PO Box 668
Cheyenne, WY 82003-0668

                                              _____
                                              Cheryl L. Deere