Frank R. Chapman
Thomas R. Smith
CHAPMAN VALDEZ
PO Box 2710
Casper, Wyoming 82602
(307) 237-1983
(307) 577-1871 (fax)
ATTORNEYS FOR DEFENDANT

# In The District Court

# For the District of Wyoming

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 07-CR-32-B |
| | ) | |
| NATHANIEL SOLON | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR RELEASE OF MIRROR IMAGE OF HARD DRIVE OR IN THE ALTERNATIVE MOTION TO DISMISS**

COMES NOW Defendant, Nathaniel Solon, by and through his undersigned counsel, and hereby moves the Court to authorize the U.S. Attorneys' Office to release a mirror image of a hard drive in evidence. Or, in the alternative, to dismiss this matter on the basis of a finding of unconstitutionality of 18 U.S.C. § 3509(m)(1-2).

Defendant relies on a brief filed concurrently and requests the Court hear evidence on this issue of any pre-trial hearing set for his previously filed Motion to Dismiss.

      **DATED** this ___ day of May, 2007.

                                   By:     _____/s/_____
                                          Frank R. Chapman
                                          Thomas R. Smith
                                            CHAPMAN VALDEZ at
                                            BEECH STREET LAW OFFICE
                                            PO Box 2710
                                            Casper, Wyoming 82602
                                            (307) 237-1983
                                            (307) 577-1871 (fax)
                                            ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing document was served this _____day of May, 2007, by U.S. Mail, addressed to:

Jim Anderson
U.S. Attorney=s Office
PO Box 668
Cheyenne, WY 82003-0668

                                            _____/s/_____
                                            Cheryl L. Deere