Frank R. Chapman
Thomas R. Smith
CHAPMAN VALDEZ
PO Box 2710
Casper, Wyoming 82602
(307) 237-1983
(307) 577-1871 (fax)
ATTORNEYS FOR DEFENDANT

ORIGINAL

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

SEP 12 2007  9:22 am

Stephan Harris, Clerk
Casper

# In The District Court

# For the District of Wyoming

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 07-CR-32-B |
| ) | |
| NATHANIEL SOLON ) | |
| ) | |
| Defendant. ) | |

### PRAECIPE

COMES NOW the Defendant, Nathaniel Solon, by and through his attorneys, Frank R. Chapman and Thomas R. Smith, and hereby requests that the Clerk issue two (2) subpoenas on behalf of Defendant.

RESPECTFULLY SUBMITTED this 11th day of September, 2007.

NATHANIEL SOLON
Defendant

By: /s/ Thomas R. Smith
Frank R. Chapman
Thomas R. Smith
CHAPMAN VALDEZ
PO Box 2710
Casper, Wyoming 82602
(307) 237-1983
(307) 577-1871 (fax)

2 issued

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Praecipe was served this 11th day of September, 2007, by U.S. Mail, addressed to:

Jim Anderson
U.S. Attorney's Office
PO Box 668
Cheyenne, WY 82003-0668

_____
Cheryl L. Deere