Frank R. Chapman
Thomas R. Smith
CHAPMAN VALDEZ
PO Box 2710
Casper, Wyoming 82602
(307) 237-1983
(307) 577-1871 (fax)
ATTORNEYS FOR DEFENDANT

# In The District Court

# For the District of Wyoming

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 07-CR-32-B |
| ) | |
| NATHANIEL SOLON ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF DEPOSITING ADDITIONAL PERIPHERAL

Defendant, Nathaniel Solon, through his undersigned counsel, provides notice of the depositing of an additional peripheral component from his computer system. The component is more specifically identified as a Qwest *Action*tec DSL Modem with Wireless Gateway with identification number GT701-WG. This router was obtained this summer from the Defendant's house after the Court's hearing in which components and peripherals were ordered to be deposited with the Court. The router is being mailed this day to the Clerk of Court.

**RESPECTFULLY SUBMITTED** this 14th day of September, 2007.

By: _____/S/_____
Frank R. Chapman

        Thomas R. Smith
        CHAPMAN VALDEZ at
        BEECH STREET LAW OFFICE
        PO Box 2710
        Casper, Wyoming 82602
        (307) 237-1983
        (307) 577-1871 (fax)
        ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document was served this 14th day of September, 2007, by U.S. Mail, addressed to:

Jim Anderson
U.S. Attorney=s Office
PO Box 668
Cheyenne, WY 82003-0668

                                                         /S/
                                                     Cheryl Deere