Frank R. Chapman
Thomas R. Smith
CHAPMAN VALDEZ
PO Box 2710
Casper, Wyoming 82602
(307) 237-1983
(307) 577-1871 (fax)
ATTORNEYS FOR DEFENDANT

# In The District Court

# For the District of Wyoming

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 07-CR-32-B |
| | ) | |
| NATHANIEL SOLON | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF FILING OF IDENTIFICATION SHEET

Defendant, Nathaniel Solon, through his undersigned counsel, provides notice of the filing of an identification sheet pursuant to the Court's Order filed June 11, 2007. Undersigned counsel has provided only vague descriptions on the identification sheet for most components for the reason that undersigned counsel has not further examined the components after they have been turned over to the Clerk of Court. Therefore, only vague descriptions of monitor, mouse, keyboard and tower are given for those items. A more particular description will supplement this list.

**RESPECTFULLY SUBMITTED** this 14th day of September, 2007.

By: _____/S/_____
Frank R. Chapman

                Thomas R. Smith
                CHAPMAN VALDEZ at
                BEECH STREET LAW OFFICE
                PO Box 2710
                Casper, Wyoming 82602
                (307) 237-1983
                (307) 577-1871 (fax)
                ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

   I hereby certify that a true and correct copy of the foregoing document was served this 14th day of September, 2007, by U.S. Mail, addressed to:

Jim Anderson
U.S. Attorney=s Office
PO Box 668
Cheyenne, WY 82003-0668

                _____/S/_____
                Cheryl Deere

<u>IDENTIFICATION SHEET OF COMPUTER ITEMS</u>
<u>DEPOSITED BY DEFENDANT WITH THE CLERK OF COURT</u>

| <u>Name</u> | <u>More Particularly described as:</u> |
|---|---|
| Monitor | |
| Mouse | |
| Keyboard | |
| Tower | |
| Router | Qwest |
| | DSL Modem with Wireless |
| Gateway | |
| | *Action*tec |
| | GT701-WG |