Frank R. Chapman
Thomas R. Smith
CHAPMAN VALDEZ
PO Box 2710
Casper, Wyoming 82602
(307) 237-1983
(307) 577-1871 (fax)
ATTORNEYS FOR DEFENDANT

# In The District Court

# For the District of Wyoming

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 07-CR-32-B |
| ) | |
| NATHANIEL SOLON ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF INTENT TO INTRODUCE EXPERT TESTIMONY**

Defendant, Nathaniel Solon, through his undersigned counsel, provides notice to the Court and opposing counsel of his intent to introduce the expert testimony of Greg Coffey and Robert Reilly.

Defendant incorporates the Affidavits of both experts that were filed in a previous Memorandum in Support of Motion to Dismiss (filed approximately April 7, 2007). Without limiting their testimony, both may testify to their opinions as to analyzing an entire computer system as compared to analyzing only the hard drive, to viruses and other intrusions and potential remote access of this Defendant's computer. Both will testify as to possibilities of other sources of the child pornography other than Ned Solon downloading the child pornography in question.

As previously set out in the Affidavits, Mr. Reilly has factual knowledge about this Defendant's computer system as well as relevant opinions to computers and the internet generally. Mr. Coffey on the other hand, prior to being retained as an expert in this case, had no knowledge of either the Defendant or his computer system.

Both may testify to the results of their examination(s) of the evidence, research done thereafter, an/or testify in rebuttal to opinions expressed by witnesses and experts for the United States.

**RESPECTFULLY SUBMITTED** this 28th day of September, 2007.

By: _____/S/_____
Frank R. Chapman
Thomas R. Smith
CHAPMAN VALDEZ at
BEECH STREET LAW OFFICE
PO Box 2710
Casper, Wyoming 82602
(307) 237-1983
(307) 577-1871 (fax)
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served this 28th day of September, 2007, by U.S. Mail, addressed to:

Jim Anderson
U.S. Attorney=s Office
PO Box 668
Cheyenne, WY 82003-0668

_____/S/_____
Cheryl Deere